UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Claudia Mejia,

                      07 Civ. 10562 (CM)(JCF)

             Plaintiff(s),

                      ORDER OF REFERENCE
    -against-                  TO A MAGISTRATE JUDGE

Commissioner of Social Security,

            Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_ Specific Non-Dispositive Motion/Dispute:* _____ _____ | \_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_\_ Habeas Corpus |
| | ✓ Social Security |
| \_\_\_\_ Settlement* | \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: December 6, 2007
       New York, New York

SO ORDERED:

*/s/ Colleen McMahon*
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07