☐ ORIGINAL

MCMAHON, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CLAUDIA MEJIA,                  :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :    STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :    07 Civ. 10562 (CM) (~~LFM~~)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
~~January~~    , 2008
Feb. 1

*Claudia Mejia*
CLAUDIA MEJIA
Plaintiff Pro Se
35 Hillside Avenue
Apt. #3E
New York, New York 10040
Telephone No. (212) 569-7633

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
89 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE