

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
CLAUDIA MEJIA,                      :
                                    :
                Plaintiff,          :
                                    :
        - v. -                      :   STIPULATION AND ORDER
                                    :        OF REMAND
MICHAEL J. ASTRUE,                  :
Commissioner of                     :   07 Civ. 10562 (CM)(JCF)
Social Security,                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

Copies mailed/faxed/handed to counsel on 3/26/08

for further administrative proceedings.  The Clerk is directed to enter judgment.  See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       March 19, 2008

                                      /s/ Claudia Mejia
                                      CLAUDIA MEJIA
                                      Plaintiff <u>Pro Se</u>
                                      35 Hillside Avenue
                                      Apt #3E
                                      New York, New York 10040
                                      Telephone No. (212)569-7633

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

By:  /s/ Susan D. Baird
      SUSAN D. BAIRD
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York  10007
      Telephone No. (212) 637-2713
      Susan.Baird@usdoj.gov

SO ORDERED:

/s/ Colleen McMahon
UNITED STATES DISTRICT JUDGE
3-26-08