**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
CLAUDIA MEJIA,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

             Defendant.
------------------------------------------------------X

07 **CIVIL** 10562(CM)(JCF)

**JUDGMENT**

**SCANNED**

      Whereas the parties having stipulated that this action be remanded to the Commissioner of

Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings,

and the matter having come before the Honorable Colleen McMahon, United States District Judge,

and the Court, on March 26, 2008, having rendered its Order directing the Clerk of the Court to enter

judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated March 26, 2008, this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
      March 28, 2008

                                **J. MICHAEL McMAHON**
                                _____
                                Clerk of Court
        **BY:**
                                _____
                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____